## 32279. McGHEE v. THE STATE.

NICHOLS, Chief Justice.

The appellant was tried and convicted for the offense of armed robbery. A motion for a new trial was filed, but prior to being ruled upon, appellant filed a notice of appeal.

The motion for new trial must be ruled upon before this appeal may be heard. The appeal is dismissed without prejudice. See *Mills v. State,* 233 Ga. 494 (212 SE2d 336) (1975).

*Appeal dismissed. All the Justices concur.*

SUBMITTED MAY 6, 1977 — DECIDED MAY 13, 1977.

Virgil McGhee, Jr., *pro se.*
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Assistant District Attorney, Arthur K. Bolton, Attorney General, John W. Dunsmore, Jr., Assistant Attorney General,* for appellee.